IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

PHILANDER BUTLER,

    Plaintiff,

vs.   No. 05-2112-Ml/An

UNITED STATES OF AMERICA,
et al.,

    Defendants.

## ORDER OF TRANSFER

Plaintiff Philander Butler, Bureau of Prisons inmate registration 16665-076, an inmate at the United States Penitentiary in Pollock, Louisiana, filed a *pro se* petition for a writ of mandamus pursuant to 28 U.S.C. § 1361 against the United States of America and Lynn Dudley, a court reporter. This action concerns matters arising during the plaintiff's criminal case, United States v. Butler, No. 99-20009-D (W.D. Tenn.), which was handled by District Judge Bernice B. Donald. Accordingly, it is ORDERED that this case be reassigned to Judge Donald.

IT IS SO ORDERED this 25 day of May, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-2-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CV-02112 was distributed by fax, mail, or direct printing on June 2, 2005 to the parties listed.

---

Philander Butler
USP-POLLOCK
16665-076
P.O. Box 2099
Pollock, LA 71467

Honorable Bernice Donald
US DISTRICT COURT