UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

FILED BY _____ ⧸⧸ _____ D.C.

05 SEP 27 AM 11: 29

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

Philander Butler,
Plaintiff

v.                                        Civil No. 05-2112 D/A

Lynn Dudley,
Defendant.

---

ORDER EXTENDING TIME TO FILE ANSWER

---

On Defendant's motion, the time allowed to answer the Complaint or otherwise plead is extended through November 18, 2005.

_S. Thomas Anderson_
S. Thomas Anderson,
Magistrate Judge

Date: September 26, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/ - 79(a) FRCP on _9/28/05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02112 was distributed by fax, mail, or direct printing on September 28, 2005 to the parties listed.

---

Philander Butler
USP-POLLOCK
16665-076
P.O. Box 2099
Pollock, LA 71467

Honorable Bernice Donald
US DISTRICT COURT